# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00256-MR

| | |
|---|---|
| **i play, inc.** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Aden & Anais, Inc.** )<br>)<br>**Defendant.** )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Michael J. Bradford as counsel *pro hac vice*. [Doc. 15]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 15] is **ALLOWED**, and Michael J. Bradford is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 16, 2016

Martin Reidinger
United States District Judge