IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00256-MR

| | |
|---|---|
| i play, inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Aden & Anais, Inc. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Robert J. Theuerkauf as counsel *pro hac vice*. [Doc. 18]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 18] is **ALLOWED**, and Robert J. Theuerkauf is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 9, 2016

Martin Reidinger
United States District Judge